**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

| | | |
|---|---|---|
| In re: YRS COMMUNICATIONS, INC., A CALIFOR | § § § § | Case No. 2:17-bk-13797-BR |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    John J. Menchaca, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $10,515.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $3,300.00 | | |

    3) Total gross receipts of $3,300.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,300.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,323.16 | $6,323.16 | $3,300.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $12,693.63 | $12,693.63 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $46,032.67 | $36,715.83 | $36,715.83 | $0.00 |
| **TOTAL DISBURSEMENTS** | $46,032.67 | $55,732.62 | $55,732.62 | $3,300.00 |

4) This case was originally filed under chapter 7 on 03/29/2017. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/30/2019          By: /s/ John J. Menchaca
                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | $3,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,300.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John J. Menchaca | 2100-000 | NA | $825.00 | $825.00 | $419.43 |
| Accountant for Trustee, Fees - Menchaca & Company, LLP | 3310-000 | NA | $4,490.50 | $4,490.50 | $2,282.98 |
| Accountant for Trustee, Expenses - Menchaca & Company, LLP | 3320-000 | NA | $34.15 | $34.15 | $17.36 |
| Bond Payments - BOND | 2300-000 | NA | $3.51 | $3.51 | $3.51 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $170.00 | $170.00 | $170.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $406.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$6,323.16** | **$6,323.16** | **$3,300.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | NA | $2,949.00 | $2,949.00 | $0.00 |
| 3 | FRANCHISE TAX BOARD | 5800-000 | NA | $1,623.54 | $1,623.54 | $0.00 |
| 5 | Employment Development Department | 5800-000 | NA | $1,296.64 | $1,296.64 | $0.00 |
| 6 | California Department of Tax and Fee Administration | 5800-000 | NA | $6,824.45 | $6,824.45 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$12,693.63** | **$12,693.63** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ADI - A division of Honeywell Int'l | 7100-000 | NA | $23,367.11 | $23,367.11 | $0.00 |
| 4 | Wells Fargo Bank, N.A. Business Direct Division | 7100-000 | $11,701.79 | $11,353.72 | $11,353.72 | $0.00 |
| 7 | South Bay Accounting Services, Inc. | 7100-000 | $1,995.00 | $1,995.00 | $1,995.00 | $0.00 |
| N/F | 5B Artist AV | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AAMC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Honda | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Angie Taylor's Ministries Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arthur Flores | 7100-000 | $0.00 | NA | NA | NA |
| N/F | B & D Security Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Best Way Super Market | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bodega Latina Corporation | 7100-000 | $6,873.69 | NA | NA | NA |
| N/F | Brighdie Grounds | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Buy Low Markets | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Circle Industrial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Core | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cristal Materials Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Darioush Kateti | 7100-000 | $0.50 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Day's Residence | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dr. Shapiro | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Eagle Protection | 7100-000 | $340.00 | NA | NA | NA |
| N/F | Eddy Winston | 7100-000 | $5,086.11 | NA | NA | NA |
| N/F | El Tapatio Markets | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Envisage Advisors LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Equassure Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Erica Stetson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Express Employment Professionals | 7100-000 | $87.50 | NA | NA | NA |
| N/F | Focus & Testing | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ford Credit | 7100-000 | $1,998.59 | NA | NA | NA |
| N/F | Frankie Rose Cosmetics | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gloria Martinez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Greg Maffei | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HRC Fertility | 7100-000 | $2,661.20 | NA | NA | NA |
| N/F | Herman & Chamow | 7100-000 | $290.46 | NA | NA | NA |
| N/F | Hispanic Scholarship Fund | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ideal 55 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jay Bado | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jen Heart | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John Reszner | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jose Arencibia | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | KV Mart Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kings Bury Uniforms Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LGP Equipment Rentals | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Larry Flores Jr. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | M. Chemical | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MNC #435 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mark Boyd | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Marshall Lyon | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mary Star of Sea Catholic Church | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Maurice Sue | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mike Delaney | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Morett Romie | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mother's Nutritional Centers | 7100-000 | $2,158.94 | NA | NA | NA |
| N/F | Mrs Winstons | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nadeau Furniture | 7100-000 | $0.00 | NA | NA | NA |
| N/F | P.P. Community Utd Methodist Chuch | 7100-000 | $150.42 | NA | NA | NA |
| N/F | POPchips | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Paul Vazim | 7100-000 | $1,208.56 | NA | NA | NA |
| N/F | Preservation Partners | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Prestige Motorcoach Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RIA Financial | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Renaissance 2000 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rhonda Ozanian | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Richard Flores | 7100-000 | $0.00 | NA | NA | NA |
| N/F | S-Line Transport | 7100-000 | $382.50 | NA | NA | NA |
| N/F | SPCALA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Salvation Army | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Silvia Flores | 7100-000 | $0.00 | NA | NA | NA |
| N/F | South Bay Home Health Care | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Spectrum Business | 7100-000 | $361.45 | NA | NA | NA |
| N/F | Sprint | 7100-000 | $1,559.89 | NA | NA | NA |
| N/F | Stauffer/Laguna | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Steve Diels | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Steve Novokmet | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sylvia Flores | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TD Bank | 7100-000 | $4,895.54 | NA | NA | NA |
| N/F | The Home Depot | 7100-000 | $4,280.53 | NA | NA | NA |
| N/F | Timothy & Paula Murphy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tony Molino | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Total Transport & Distrobution Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Value Mart | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Zephyr Tool Group | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Zivec & Corbett Development Inc. | 7100-000 | $0.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$46,032.67** | **$36,715.83** | **$36,715.83** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 2:17-bk-13797-BR
**Case Name:** YRS COMMUNICATIONS, INC., A CALIFOR
**For Period Ending:** 10/30/2019

**Trustee Name:** (007950) John J. Menchaca
**Date Filed (f) or Converted (c):** 03/29/2017 (f)
**§ 341(a) Meeting Date:** 05/04/2017
**Claims Bar Date:** 08/08/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>Account at City National Bank Checking/Operating Account | 0.00 | 3,300.00 | | 3,300.00 | FA |
| 2 | DEPOSITS OF MONEY<br>Undeposited Funds (based on 2/14/2017 balance sheet) | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE<br>A/R 90 days old or less | 5,515.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and Equipment.<br>Notice of abandonment filed on 05/08/2017 | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | TAX REFUNDS<br>Net Operating Loss from 2015 - $35,956.00: unlikely to have any value that would result in benefit to the estate given that business is service based business, has substantial liabilities beyond assets, etc., Tax Year 2015 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$10,515.00** | **$3,300.00** | | **$3,300.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 2:17-bk-13797-BR  
**Case Name:** YRS COMMUNICATIONS, INC., A CALIFOR  
**For Period Ending:** 10/30/2019

**Trustee Name:** (007950) John J. Menchaca  
**Date Filed (f) or Converted (c):** 03/29/2017 (f)  
**§ 341(a) Meeting Date:** 05/04/2017  
**Claims Bar Date:** 08/08/2017

### Major Activities Affecting Case Closing:

REPORTING PERIOD APRIL 1, 2019 – MARCH 31, 2020

ESTATE'S TAX RETURNS:

The tax clearance letter was received on June 26, 2019.

CLOSING:

Notice to professionals to file application for compensation With Proof of Service. Filed by Trustee John J Menchaca (TR). (Menchaca (TR), John) (Entered: 04/30/2019)

Notice to Pay Court Costs Due Sent To: John J Menchaca, Total Amount Due $0 . (Fortier, Stacey) (Entered: 04/30/2019)

REPORTING PERIOD APRIL 1, 2018 – MARCH 31, 2019

ESTATE'S TAX RETURNS:

Trustee's accountant are in the process of preparing the estate's final tax return.

PROOF OF CLAIMS STATUS:

Trustee has reviewed the claims filed against the estate, and determined that objections are not necessary.

CLOSING:

Trustee's anticipates filing the Final Report by 06/30/2019.

REPORTING PERIOD APRIL 1, 2017 - MARCH 31, 2018

In order to determine if the business is of any value the Trustee requested numerous documents including accounting records, bank statement, statement of assets, and liabilities and statement of operations. Trustee reviewed the information provided by the Debtor, and determined that there are no preferential payments.

The Trustee also determined that the Accounts Receivable are not collectable.

PROFESSIONALS:

Order Granting Application to Employ Menchaca & Company, LLP entered on 7/28/2017.

ESTATE'S TAX RETURN:

Trustee has requested his accountant to prepare the estate's final tax returns.

PROOF OF CLAIMS STATUS:

The Notification of Asset Case was filed with the Court on 05/05/2017. Proofs of Claims due by 08/08/2017. Government Proof of Claim due by 09/25/2017.

**Initial Projected Date Of Final Report (TFR):** 08/30/2018    **Current Projected Date Of Final Report (TFR):** 07/10/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Exhibit 9**

Page: 1

## Cash Receipts And Disbursements Record

| **Case No.:** | 2:17-bk-13797-BR | **Trustee Name:** | John J. Menchaca (007950) |
|---|---|---|---|
| **Case Name:** | YRS COMMUNICATIONS, INC., A CALIFOR | **Bank Name:** | Mechanics Bank |
| | | **Account #:** | ******0200 Checking |
| **Taxpayer ID #:** | **-***9888 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/30/2019 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/17 | {1} | YRS Communications, Inc | Turnover of funds | 1129-000 | 3,300.00 | | 3,300.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,290.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,280.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,270.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,260.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,250.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,240.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,230.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,220.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,210.00 |
| 02/07/18 | 101 | INTERNATIONAL SURETIES | Bond # 016030867 Term 01/04/18-01/04/19 | 2300-000 | | 1.20 | 3,208.80 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,198.80 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,188.80 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,178.80 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,168.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,158.80 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,148.80 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,138.80 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,133.80 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,128.80 |
| 02/06/19 | 102 | INTERNATIONAL SURETIES | Bond #016030867 Term 01/04/2019-01/04/20 | 2300-000 | | 2.31 | 3,126.49 |
| 08/21/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1304 | Transition Debit to Metropolitan Commercial Bank acct 3910081304 | 9999-000 | | 3,126.49 | 0.00 |
| | | **COLUMN TOTALS** | | | **3,300.00** | **3,300.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 3,126.49 | |
| | | **Subtotal** | | | **3,300.00** | **173.51** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$3,300.00** | **$173.51** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

# Cash Receipts And Disbursements Record

Page: 2

| **Case No.:** | 2:17-bk-13797-BR | **Trustee Name:** | John J. Menchaca (007950) |
|---|---|---|---|
| **Case Name:** | YRS COMMUNICATIONS, INC., A CALIFOR | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******1304 Checking Account |
| **Taxpayer ID #:** | **-***9888 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/30/2019 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/21/19 | | Transfer Credit from Rabobank, N.A. acct ******0200 | Transition Credit from Rabobank, N.A. acct 5017870200 | 9999-000 | 3,126.49 | | 3,126.49 |
| 09/11/19 | 1000 | John J. Menchaca | [Doc #32] Per O.E. 9/6/2019 Distribution payment - Dividend paid at 50.84% of $825.00; Claim # FEE; Filed: $825.00 | 2100-000 | | 419.43 | 2,707.06 |
| 09/11/19 | 1001 | Menchaca & Company, LLP | [Doc #32] Per O.E. 9/6/2019 Distribution payment - Dividend paid at 50.84% of $4,490.50; Claim # ; Filed: $4,490.50 | 3310-000 | | 2,282.98 | 424.08 |
| 09/11/19 | 1002 | Menchaca & Company, LLP | [Doc #32] Per O.E. 9/6/2019 Distribution payment - Dividend paid at 50.83% of $34.15; Claim # ; Filed: $34.15 | 3320-000 | | 17.36 | 406.72 |
| 09/11/19 | 1003 | Franchise Tax Board | [Doc #32] Per O.E. 9/6/2019 Distribution payment - Dividend paid at 50.84% of $800.00; Claim # 8; Filed: $800.00 | 2820-000 | | 406.72 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | **3,126.49** | **3,126.49** | **$0.00** |
| | | Less: Bank Transfers/CDs | | 3,126.49 | 0.00 | |
| | | **Subtotal** | | **0.00** | **3,126.49** | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$0.00** | **$3,126.49** | |

{ } *Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:17-bk-13797-BR | **Trustee Name:** | John J. Menchaca (007950) |
| **Case Name:** | YRS COMMUNICATIONS, INC., A CALIFOR | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9888 | **Account #:** | ******1304 Checking Account |
| **For Period Ending:** | 10/30/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $3,300.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,300.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0200 Checking | $3,300.00 | $173.51 | $0.00 |
| ******1304 Checking Account | $0.00 | $3,126.49 | $0.00 |
| | **$3,300.00** | **$3,300.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)